**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRENDA BORING** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 4:26-cv-237-MPM-JMV**

**WILLIAM EGGLESTON, JR., and
DR. RAYMOND KIMBLE** **DEFENDANTS**

**ORDER DIRECTING THE CLERK TO ISSUE PROCESS AND
FOR THE MARSHAL TO SERVE**

This matter is before the Court upon *pro se*, *in forma pauperis* ("IFP") Plaintiff Brenda Boring's Notice of Addresses for Service of Process [Doc. 9] in Response to the Court's Order Granting Leave to Proceed IFP and Withholding Service [Doc. 4]. Finding that Plaintiff has provided addresses for each Defendant in accordance with the Court's Order, the Clerk is directed to issue process, and the U.S. Marshal is directed to serve process.

**THEREFORE, IT IS ORDERED THAT:**

1. The Clerk shall issue process for the Defendants named and whose addresses were provided in Plaintiff's Notice of Addresses for Service of Process [Doc. 9].

    **Dr. Raymond V. Kimble, MD
    4262 Berlin Drive
    Jackson, MS 39211-6017**

    **William Eggleston, Jr.
    4411 Barfield Road
    Memphis, TN 38117**

2. The U.S. Marshal shall serve process, including a summons and copy of the First Amended Complaint [Doc. 8], on these Defendants as directed in the summons in accordance with 28 U.S.C. § 1915.

**SO ORDERED**, this, the 29th day of October, 2026.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**